# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D18-3359

———————————————

AVA ELECTRIS CANNIE Eva
Electris Cannie Eva Helene
Cannie,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.

December 7, 2018

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

ROBERTS, RAY, and BILBREY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Ava Electris Cannie, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.